IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

      Plaintiff,                    No. CIV S-01-2316 GEB GGH P

      vs.

V.R. KING, et al.,

      Defendants.          <u>ORDER</u>

_____/

      On April 5, 2005, the court granted defendants thirty days to file a renewed motion for summary adjudication consistent with the order of Ninth Circuit Court of Appeals. Thirty days passed and defendants did not file a renewed motion.

      Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, defendants shall file a response to the original complaint.

DATED: 5/25/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

and2316.sch