IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

        Plaintiff,               No. CIV S-01-2316 GEB GGH P

   vs.

V.R. KING, et al.,

        Defendants.       <u>ORDER</u>

_____/

On June 1, 2005, plaintiff filed a letter with the court requesting that this action be dismissed. Defendants are ordered to notify the court whether they have any objection to the dismissal of this action.

Inmate Tommie Jackson has also filed several pleadings in this action. Inmate Jackson is not a plaintiff in this case. Court records indicate that on June 14, 2002, the court denied plaintiff Jackson's motion to join. For an unknown reason, the Clerk of the Court continued to serve inmate Jackson with the pleadings in this case following the June 14, 2002, order. The Clerk is directed to serve inmate Jackson with the instant order and then remove him from the service list for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants notify this court, within ten days, whether they have any objection

1

1  to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be

2  granted pursuant to Fed. R. Civ. P. 41(a)(2);

3          2. The Clerk of the Court is directed to serve inmate Jackson with this order and

4  then remove him from the service list.

5  DATED:  7/13/05

6

7                                                    /s/ Gregory G. Hollows

                                                     _____
8                                                    GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE
9

10  ggh:kj
    and2316.59a
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26