IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

    Plaintiff,　　　　　　　　No. CIV S-01-2316 GEB GGH P

  vs.

V.R. KING, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

    On June 1, 2005, plaintiff filed a letter with the court requesting that this action be dismissed. On June 14, 2005, the court granted defendants ten days to inform the court whether they had any objection to dismissal of this action. Ten days passed and defendants did not respond.

    Accordingly, pursuant to Fed. R. Civ. P. 41(a), the action is dismissed. The Clerk of Court shall close this case.

DATED: 1/12/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
an2316.dis